BADIAK & WILL, LLP
Attorneys for Plaintiffs
106 3RD Street
Mineola, New York 11501-4404
(516) 877-2225
Our Refs.: 07-M-016-JPK and 07-F-028-JPK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DU PONT DE NEMOURS INTERNATIONAL, S.A.,
and ST. PAUL FIRE & MARINE INSURANCE CO.,
a/s/o Almatis GmbH,

Case No.: 07 CV

**07 CV 11471**

JUDGE DANIELS



RECEIVED
DEC 21 2007
U.S.D.C. S.D.N.Y.
CASHIERS

              Plaintiffs,

    -against-                        RULE 7.1 STATEMENT

SAFMARINE CONTAINER LINES B.V.,

              Defendant.
------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

  **DUPONT DE NEMOURS INTERNATIONAL, S.A. - SEE ATTACHED**

  **ST. PAUL FIRE & MARINE INSURANCE COMPANY - SEE ATTACHED**

Dated: December 21, 2007

            _____
            SIGNATURE OF ATTORNEY
            JAMES P. KRAUZLIS

 DUPONT     

DuPont Home « Subsidiaries

# Subsidiaries

Worldwide subsidiary and affiliate companies.

| Company Name | Organized Under the Laws Of U.S. State/Country |
|---|---|
| Agar Cross S.A. | Argentina |
| Antec International Ltd. | United Kingdom |
| Building Media, Inc. | Delaware |
| ChemFirst Inc. | Mississippi |
| Christiana Insurance Limited | Bermuda |
| Destination Realty, Inc. | Delaware |
| DPC (Luxembourg) SARL | Luxembourg |
| DPC S/A Brazil | Brazil |
| DPC South America | Brazil |
| DSRB Ltda | Brazil |
| DuPont — Kansai Automotive Coatings Company | Delaware |
| DuPont (Australia) Ltd. | Australia |
| DuPont (Korea) Inc. | Korea |
| DuPont (New Zealand) Limited | New Zealand |
| DuPont (South America), Holdings LLC | Delaware |
| DuPont (Thailand) Co. Ltd. | Thailand |
| DuPont (U.K.) Investments | United Kingdom |
| DuPont (U.K.) Limited | United Kingdom |
| DuPont Agricultural Caribe Industries, Ltd. | Bermuda |
| DuPont Agricultural Chemicals Ltd., Shanghai | China |
| DuPont Agro Hellas S.A. | Greece |
| DuPont Argentina S.A. | Argentina |
| DuPont Asia Pacific, Ltd. | Delaware |
| DuPont Beteiligungs GmbH | Austria |
| DuPont BVco BV | Netherlands |
| DuPont Capital Management Corporation | Delaware |
| DuPont Chemical and Energy Operations, Inc. | Delaware |
| DuPont China Holding Company Ltd. | China |
| DuPont China Limited | Hong Kong |
| DuPont China Limited (U.S.) | Delaware |
| DuPont Coatings SAS | France |
| DuPont Company (Singapore) Pte Ltd. | Singapore |
| DuPont Conid S.p.A. | Delaware |
| DuPont Coordination Center N.V. | Belgium |
| DuPont CZ s.r.o. | Czech Republic |
| DuPont DACI Beteiligungs GmbH | Austria |
| DuPont Danmark ApS | Denmark |
| DuPont de Colombia, S.A. | Colombia |
| DuPont de Nemours (Belgium) BVBA | Belgium |
| DuPont de Nemours (Deutschland) GmbH | Germany |
| DuPont de Nemours (Flandre) S.A. | France |
| DuPont de Nemours (France) S.A.S. | France |
| DuPont de Nemours (Luxembourg) SARL | Luxembourg |
| DuPont de Nemours (Nederland) B.V. | Netherlands |
| DuPont de Nemours Development S.A. | Switzerland |
| DuPont de Nemours Groupe S.A.R.L. | France |

| Name | Jurisdiction |
|---|---|
| DuPont Powder Coatings France SAS | France |
| DuPont Powder Coatings Iberica, S.L. | Spain |
| DuPont Powder Coatings Saudia Co. Ltd. | Saudi Arabia |
| DuPont Powder Coatings Scandinavia AB | Sweden |
| DuPont Powder Coatings U.K. Ltd. | United Kingdom |
| DuPont Powder Coatings USA, Inc. | Delaware |
| DuPont Protective Apparel Marketing Company | Delaware |
| DuPont Pulverlack Deutschland GmbH & Co., KG | Germany |
| DuPont Quimica de Venezuela C.A. | Venezuela |
| DuPont S.A. de C.V. | Mexico |
| DuPont Scandinavia GmbH | Germany |
| DuPont Services B.V. | Netherlands |
| DuPont Specialty Grains (d.b.a. Optimum Quality Grains, LLC) | Delaware |
| DuPont Taiwan Ltd. | Taiwan |
| DuPont Textile Fibers, S.A | China |
| DuPont Textiles & Interiors (South America) Holdings, LLC | Delaware |
| DuPont Textiles & Interiors Delaware, Inc. | Delaware |
| DuPont Textiles & Interiors Holdings, Inc. | Delaware |
| DuPont Trading (Shanghai) Co., Ltd. | China |
| DuPont Treasury Ltd. | United Kingdom |
| DuPont Vespel Parts and Shapes, Inc. | Pennsylvania |
| DuPont Wirex Ltd. | Taiwan |
| E.I. du Pont Canada Company | Canada |
| E. I. DuPont India Private Ltd. | India |
| EID Singapore, Inc. | Delaware |
| Electronic Materials DuPont Dongguan Ltd . | China |
| Entek Corporation | Delaware |
| Entek Europe, Inc. | Delaware |
| Granirex | California |
| Griffin Brasil Ltda. | Brazil |
| Griffin Colombia S.A. | Colombia |
| Griffin, LLC | Delaware |
| Helmstedter Lack-und Chemische Fabrick GmbH & Co. KG | Germany |
| Herberts America Inc. | Delaware |
| Herberts Mexico S.A. de C.V. | Mexico |
| Herberts Plascon Pty. Ltd. | Delaware |
| Hickory Holdings, Inc. | Delaware |
| Holding DP, S.A. de C.V. | Mexico |
| Huajia Chemical Company | China |
| IDAC Belgium - EP Branch BVBA | Belgium |
| Initiatives de Mexico, S.A. de C.V. | Mexico |
| International Dioxcide, Inc. | Delaware |
| Liqui-Box Corporation | Ohio |
| Permatex Italia S.r.l. | Italy |
| Pioneer Hi-Bred International, Inc. | Iowa |
| Pitt-Consol Chemical Company | New Jersey |
| PT DuPont Agricultural Products Indonesia | Indonesia |
| PT DuPont Powder Coatings Indonesia | Indonesia |
| Renner DuPont S.A. | Brazil |
| Sentinel Transportation, LLC | Delaware |
| Solae Holdings LLC | Delaware |
| Solae LLC (d.b.a. The Solae Company) | Missouri |
| Spies-Hecker, GmbH | Switzerland |
| Sporting Goods Properties Inc. | Delaware |
| Teodur B.V. | Netherlands |
| UNIAX Corporation | California |
| Verdia, Inc. | Delaware |
| Verniplast S.A. | Switzerland |

Subsidiaries not listed would not, if considered in the aggregate as a single subsidiary, constitute a significant subsidiary.

| | |
|---|---|
| DuPont de Nemours International S.A. | Switzerland |
| DuPont de Nemours International S.A. - S. Africa Branch | South Africa |
| DuPont de Nemours Italiana S.r.l | Italy |
| DuPont Deutschland Holding GmbH & Co. KG | Germany |
| DuPont Diagnostics, Inc. | Delaware |
| DuPont Display Enhancements, Inc. | California |
| DuPont Displays, Inc. | California |
| DuPont do Brasil S.A. | Brazil |
| DuPont Performance Elastomers L.L.C. | Delaware |
| DuPont Eastern Europe BV | Netherlands |
| DuPont Elastomers Inc. | Delaware |
| DuPont Electronic Materials, Inc. | Delaware |
| DuPont Electronics Microcircuits Industries, Ltd. | Bermuda |
| DuPont Energy Company, LLC | Delaware |
| DuPont Engineering Products, S.A.R.L. | Luxembourg |
| DuPont Environmental Remediation Services, Inc. | Delaware |
| DuPont Far East, Inc. | Delaware |
| Dupont Far Eastern Petrochemicals Ltd. | China |
| DuPont Feedstocks Company | Delaware |
| DuPont Flandre Finance | France |
| DuPont Foreign Sales Corporation | Virgin Islands |
| DuPont Global Operations, Inc. | Delaware |
| DuPont Herberts Automotive Systems Services BVBA | Belgium |
| DuPont Holdco Spain I, S.L. | Spain |
| DuPont Holdco Spain II, S.L. | Spain |
| DuPont Holographics, Inc. | New York |
| DuPont Iberica, S.L. | Spain |
| DuPont India Ltd. | Delaware |
| DuPont International (Luxembourg) SCA. | Luxembourg |
| DuPont International Trading, Inc. | Delaware |
| DuPont Kabushiki Kaisha | Japan |
| DuPont KGA B.V. | Netherlands |
| DuPont Khimprom | Russia |
| DuPont Medical Products, Inc. | New York |
| DuPont Mexico S.A. de C.V. | Mexico |
| DuPont North America, Inc. | Delaware |
| DuPont NLco B.V. | The Netherlands |
| DuPont Operations (Luxembourg) SARL | Luxembourg |
| DuPont Operations Inc. | Delaware |
| DuPont Operations Worldwide, Inc. | Delaware |
| DuPont Orient Operations Ltd. | Delaware |
| DuPont Performance Coatings France SAS | France |
| DuPont Performance Coating Nederland BV | Netherlands |
| DuPont Performance Coatings (Thailand) Ltd. | Thailand |
| DuPont Performance Coatings (U.K.) Ltd. | United Kingdom |
| DuPont Performance Coatings Austria GmbH | Austria |
| DuPont Performance Coatings GmbH & Co KG | Germany |
| DuPont Performance Coatings Iberica, S.L. | Spain |
| DuPont Performance Coatings Polska Spolka z.o.o. | Poland |
| DuPont Performance Coatings Pty. Ltd. | Australia |
| DuPont Performance Coatings Scandinavia AB | Sweden |
| DuPont Performance Coatings, Inc. | Delaware |
| DuPont Performance Coatings, Tintas e Vernizes, S.A. | Portugal |
| DuPont Pharma, Inc. | Delaware |
| DuPont Poland BV | Netherlands |
| DuPont Poland Sp z.o.o | Poland |
| DuPont Polimeros Ltda | Brazil |
| DuPont Polyester Europe Aps | Denmark |
| DuPont Polymer Powder SARL | Switzerland |
| DuPont Powder Coatings (Malaysia) Sdb. | Malaysia |
| DuPont Powder Coatings Andina S.A. | Colombia |
| DuPont Powder Coating Belgium N.V. | Belgium |

**ST. PAUL COMPANIES**
  Athena Assurance Company
  Discover Property and Casualty
  Discover Specialty Ins Co
  Fidelity & Guaranty Ins Co
  Fidelity & Guaranty Ins Undrws
  GeoVera Insurance Company
  Northbrook Prop & Cas Ins Co
  Pacific Select Property Ins Co
  St. Paul Fire & Casualty Ins
  St. Paul Fire & Marine Ins Co
  St. Paul Guardian Ins Co
  St. Paul Indemnity Ins Co
  St. Paul Insurance Company
  St. Paul Ins Co of IL
  St. Paul Insurance Co of ND
  St. Paul Medical Liab Ins Co
  St. Paul Mercury Ins Co
  St. Paul Property & Cas Ins Co
  St. Paul Surplus Lines Ins Co
  Seaboard Surety Company
  United States Fid & Guar Co
  USF&G Business Insurance Co
  USF&G Family Insurance Company
  USF&G Founders Ins Co
  USF&G Insurance Company of MS
  USF&G Insurance Company of WI
  USF&G Pacific Insurance Co
  USF&G Small Business Ins Co
  USF&G Specialty Insurance Co
  USF&G West Insurance Co
**American Continental Ins Co**
**Discover Reinsurance Co**
**Inner Harbor Reinsurance, Inc**