14-08/WDM/ROSS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for
80 Pine Street
New York, New York 10005
(212) 425-1900

Wayne D. Meehan (WM 9102)
James L. Ross (JR 6411)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
DUPONT DE NEMOURS INTERNATIONAL        07 CV 11471 (GBD)
S.A. and ST. PAUL FIRE & MARINE
INSURANCE CO. a/s/o Almatis GmbH,

                                Plaintiffs,

          - against -                                  **RULE 7.1 STATEMENT**
SAFMARINE CONTAINER LINES B.V.,

                                Defendant.
-------------------------------------------------------------

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant Safmarine Container Lines B.V., certifies that there are no corporate parents, subsidiaries or affiliates that are publicly traded.

DATED: New York, New York
          July 8, 2008

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Safmarine Container Line B.V.

                    BY: _____
                         James L. Ross (JR 6411)
                         Wayne D. Meehan (WM 9102)
                         80 Pine Street
                         New York, New York 10005
                         (212) 425-1900